UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: § 
§ CASE NO.: 10-72475-CMS-13
§
**JEREMY LEE MULLENIX** §
§
DEBTOR. § CHAPTER 13

### AFFIDAVIT OF DEBTOR

**STATE OF ALABAMA** §
**TUSCALOOSA COUNTY** §  ss.

Before me, the undersigned authority in and for said County in said State, personally appeared JEREMY LEE MULLENIX, who is known to me, and who, being first duly sworn, deposes and says as follows:

1. My name is JEREMY LEE MULLENIX. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2. 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure require that I furnish evidence of income from all sources within sixty days preceding the filing of this bankruptcy petition.

3. For the last six months, I have been employed by TCB Security and am paid bi-weekly. However, I am considered an independent contractor, so I do not receive payment advices.

4. Therefore, I do not have sufficient income records to furnish the Court pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure.

I make this affidavit on personal knowledge. Further, affiant saith not.

_____
Affiant (JEREMY LEE MULLENIX)

SWORN AND SUBSCRIBED BEFORE ME on this 12th day of October 2010 at Tuscaloosa, Alabama, witness my hand and official seal of office.

_____
Notary Public, State At Large
My Commission Expires: 11-16-2013

Page 1 of 1